AO 245H  (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
        Sheet 1    Revised by WAED - 02/11

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For a Petty Offense) — Short Form |
| JOHN P. McLAUGHLIN | Case No.  PO-11-003-CI |
| | USM No.  N/A |
| | Amy Rubin |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)    1 and 2

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 261.6(h) | Removing Tiber Without a Permit | 01/20/2011 | 1 |
| 36 CFR 261.1(h) | Removing Timber Without a Permit | 01/22/2011 | 2 |

☐ Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|        | Assessment | Fine |
|---|---|---|
| **Total:** | $  20.00 | $  250.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  8968

Defendant's Year of Birth:  1963

City and State of Defendant's Residence:
Tonasket, Washington

07/27/2011
Date of Imposition of Judgment

Signature of Judge

Cynthia Imbrogno      Magistrate Judge, U.S. District Court
Name and Title of Judge

7/27/2011
Date